**Johnnie Ray HAWTHONE, Appellant,**

v.

**Christine TURNTINE, Medical Records, C.M.S., Jefferson County Correctional Facility (originally sued as C. Turntine); Solomon Mogbo, Dr., Jefferson County Correctional Facility, Arkansas Department of Correction (originally sued as Mogbo), Appellees.**

No. 01–3523.

United States Court of Appeals, Eighth Circuit.

Submitted March 18, 2003.

Decided March 21, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Arkansas inmate Johnnie Ray Hawthone (Hawthone) appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action for deliberate indifference to his medical needs. After de novo review of the record, *see Dulany v. Carnahan*, 132 F.3d 1234, 1237 (8th Cir. 1997), we conclude summary judgment was

---

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

proper for the reasons stated by the district court. We also note that Hawthone had no constitutional or statutory right to effective assistance of counsel in this civil case. *See Taylor v. Dickel,* 293 F.3d 427, 431 (8th Cir.2002); *Glick v. Henderson,* 855 F.2d 536, 541 (8th Cir.1988).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.